# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ERIC COLEMAN,<br><br>       Plaintiff,<br><br>v.<br><br>COMPCARE HEALTH SERVICES INSURANCE CORPORATION, WISCONSIN DEPARTMENT OF HEALTH SERVICES, MOLINA HEALTHCARE OF WISCONSIN INC., and HOME DEPOT WELFARE BENEFITS PLAN,<br><br>      Involuntary Plaintiffs,<br>v.<br><br>SPEEDWAY LLC and ABC INSURANCE COMPANY,<br><br>       Defendants. | Case No. 18-CV-636-JPS<br><br><br><br><br><br><br><br><br><br><br>**ORDER** |

On July 18, 2018, involuntary plaintiff Wisconsin Department of Health Services ("WDHS") filed a motion to voluntarily dismiss its claim in this action with prejudice and without costs. (Docket #18). WDHS was named in this lawsuit because it has a subrogated interest for payment of medical expenses of the plaintiff, Eric Coleman. *Id.* at 1. WDHS explains that it has determined the medical expenses it paid are below its established threshold to pursue recovery, and therefore it requests an order dismissing it from this action. *Id.* WDHS agrees to release and discharge its subrogation lien resulting from a claim under Wisconsin Statutes section 49.89(2). *Id.*

In light of the foregoing, and without objection from any other party, the Court will grant WDHS' motion to dismiss. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly,

**IT IS ORDERED** that involuntary plaintiff Wisconsin Department of Health Services' motion to dismiss (Docket #18) be and the same is hereby **GRANTED**; Wisconsin Department of Health Services be and the same is hereby **DISMISSED from this action with prejudice.**

Dated at Milwaukee, Wisconsin, this 10th day of August, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge