# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ERIC COLEMAN,<br><br>                           Plaintiff,<br><br>v.<br><br>COMPCARE HEALTH SERVICES INSURANCE CORPORATION, MOLINA HEALTHCARE OF WISCONSIN INC., and HOME DEPOT WELFARE BENEFITS PLAN,<br><br>                         Involuntary Plaintiffs,<br>v.<br><br>SPEEDWAY LLC and ABC INSURANCE COMPANY,<br><br>                         Defendants. | Case No. 18-CV-636-JPS<br><br><br><br><br><br>**ORDER** |

On September 28, 2018, Defendant Speedway LLC ("Speedway") filed a motion to compel discovery responses from Plaintiff. (Docket #25). Speedway explains that Plaintiff has not provided responses to its discovery requests or his initial disclosures as required by Federal Rule of Civil Procedure 26(a). (Docket #26). Plaintiff has not responded to the motion and the time in which to do so has lapsed. Civ. L. R. 7(b). The Court will, therefore, grant Speedway's motion and order that Plaintiff provide his initial disclosures and responses to Speedway's discovery requests within **fourteen (14) days** of the date of this Order. *Id.* 7(d). If Plaintiff fails to do so, this action will be dismissed without further notice.

Accordingly,

**IT IS ORDERED** that Defendant Speedway LLC's motion to compel (Docket #25) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff shall provide to Defendant Speedway LLC his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) and his responses to Defendant's discovery requests no later than **fourteen (14) days** from the date of this Order.

Dated at Milwaukee, Wisconsin, this 2nd day of November, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge